# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18cr0059-WQH |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| TONY HWONG, | |
| Defendant. | |

On July 12, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of TONY HWONG ("Defendant") in the following $3,876.00 U.S. Currency pursuant to Title 21, United States Code, Section 853(a)(1) and Title 28, United States Code, 2461(c).

For thirty (30) consecutive days ending on August 19, 2018, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearm and ammunition in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the currency.

1   There were no potential third parties known to the United States to have
2   alleged an interest in the forfeited U.S. currency. Therefore, no one was provided
3   with direct notice of the forfeiture.
4   Thirty (30) days have passed following the final date of notice by publication
5   and no third party has made a claim to or declared any interest in the forfeited
6   firearm and ammunition described above.
7   Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
8   that, as a result of the failure of any third party to come forward or file a petition for
9   relief from forfeiture as provided by law, all right, title, and interest of TONY
10  HWONG and any and all third parties in the following $3,876.00 U.S. Currency is
11  hereby condemned, forfeited and vested in the United States of America.
12  IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms,
13  and Explosives shall dispose of the forfeited firearm and ammunition according to
14  law.
15  Dated: July 13, 2022

*[signature]*
Hon. William Q. Hayes
United States District Court